```
 1  J. Jay Carroll
    Velikanje Halverson P.C.
 2  405 East Lincoln Avenue
 3  P.O. Box 22550
    Yakima, Washington 98907
 4  Telephone: 509-248-6030
 5  Attorneys for Defendants,
    Animal Pharmaceuticals, Inc.
 6
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TRINITY UNIVERSAL INSURANCE COMPANY, | NO. CV-07-3008-RHW |
| Plaintiff, | |
| vs. | MOTION FOR AWARD OF ATTORNEYS FEES |
| ANIMAL PHARMACEUTICALS, INC., a Washington corporation, OPPORTUNITY, L.L.C., a Washington limited liability company, TRANSCONTINENTAL INSURANCE COMPANY, a New York corporation, BRUCE RAY NOYES, HEIDI ESTER MEELEY, KEVIN COOPER CURNUTT, RICKEY CAMERON BETSCH, FLOYD LEWIS, RODNEY LYNN WILLIAMSON, VAN DE GRAAF RANCHES, INC., a Washington corporation, MIDVALE CATTLE COMPANY, LLC, a Washington limited liability company, and MARK ARSTEIN, LLC, a Washington limited liability company, | |
| Defendants. | |

MOTION FOR AWARD OF
ATTORNEYS FEES                - 1

COME NOW the defendants Animal Pharmaceuticals, Inc (hereinafter "API"); Opportunity L.L.C., Bruce Ray Noyes, Heidi Ester Meeley, Kevin Cooper Curnutt, Rickey Cameron Betsch, Floyd Lewis and Rodney Lynn Williamson (hereinafter referred to as the "prevailing defendants") and move the court for an Order and Judgment against the plaintiff, Trinity Universal Insurance Company and the defendant Transcontinental Insurance Company awarding the prevailing defendants their reasonable attorney fees incurred in this action to date in the amount of $35,910.00. This motion is made pursuant to the Order of the Court (Ct. Rec. 58) and FRCP 54(d)(2) and is supported by the Memorandum filed herewith and the Affidavit of J. Jay Carroll.

DATED this 22nd day of April, 2008.

                s/J. Jay Carroll, WSBA No. 17424
                VELIKANJE HALVERSON P.C.
                *Attorneys for Defendants, Animal Pharmaceuticals,*
                *Inc., Opportunity, LLC, Bruce Noyes, Heidi Meeley,*
                *Kevin Curnutt, Rickey Betsch, Floyd Lewis, and*
                *Rodney Williamson*
                405 East Lincoln Avenue
                P.O. Box 22550
                Yakima, Washington 98907
                Telephone: (509) 248-6030
                Fax: (509) 453-6880
                Email: jcarroll@vhlegal.com

G:\VMS Conflicted\JJC\ANIMAL PHARMACEUTICALS, INC\Trinity vs\Pleadings\Motion for Award of Fees.doc

MOTION FOR AWARD OF
ATTORNEYS FEES     - 2

Velikanje Halverson P.C.
405 East Lincoln Ave.
P.O. Box 22550
Yakima, WA 98907
(509) 248-6030

CERTIFICATE OF SERVICE

I hereby certify that on April, 22, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following:

| | |
|---|---|
| *Attorneys for Plaintiff:* | James M. Beecher, jbeecher@hacketbeecher.com |
| | Brent W. Beecher, jbeecher@hacketbeecher.com |
| | David R. Collins, dcollins@hackettbeecher.com |
| *Attorneys for Mark Arstein, LLC:* | Michael J. Hines, mhines@lukins.com |
| | Trevor R. Pincock, tpincock@lukins.com |
| *Attorneys for Van de Graaf Ranches, and Midvale Cattle Co.:* | Lawrence E. Martin, lmartin@vhlegal.com |
| *Attorneys for Transcontinental Insurance Company:* | Michael E. Ricketts, mricketts@kingmanpeabody.com |

s/J. Jay Carroll,  WSBA No. 17424
VELIKANJE HALVERSON P.C.
*Attorneys for Defendants, Animal Pharmaceuticals, Inc., Opportunity, LLC, Bruce Noyes, Heidi Meeley, Kevin Curnutt, Rickey Betsch, Floyd Lewis, and Rodney Williamson*
405 East Lincoln Avenue
P.O. Box 22550
Yakima, Washington 98907
Telephone:  (509) 248-6030
Fax:  (509) 453-6880
Email:  jcarroll@vhlegal.com

MOTION FOR AWARD OF
ATTORNEYS FEES    - 3

Velikanje Halverson P.C.
405 East Lincoln Ave.
P.O. Box 22550
Yakima, WA 98907
(509) 248-6030