David R. Collins, WSBA #2158
HACKETT, BEECHER & HART
1601 Fifth Avenue, Suite 2200
Seattle, WA 98101-1651
Telephone (206) 624-2200
Facsimile (206) 624-1767
Attorneys for Trinity Universal Insurance Company

The Honorable Robert H. Whaley

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON AT YAKIMA

| | |
|---|---|
| TRINITY UNIVERSAL INSURANCE COMPANY,<br><br>            Plaintiff,<br><br>v.<br><br>ANIMAL PHARMACEUTICALS, INC., a Washington corporation, et al.,<br><br>            Defendants. | NO.   CV-07-3008-RHW<br><br>STATUS CERTIFICATE |

On May 29, 2008 the case schedule for this action was vacated at the request of the parties in order to avoid the potential for prejudice to defendants in the underlying Yakima County Superior Court actions:

- *Van de Graaf Ranches, Inc., et al. v. Animal Pharmaceuticals, Inc., et al.*, Cause No. 06-2-03010-8,

- *Mark Arstein, LLC. v. Animal Pharmaceuticals, Inc., et al.*, Cause No.: 06-2-04054-5, and

- *Curtis Feedlot, Inc., et al. v. Animal Pharmaceuticals, Inc., et al.*, Cause No.: 07-2-02715-6.

Animal Pharmaceuticals is insured by Trinity Universal Insurance Company and Transcontinental Insurance Company. At the time of the last Status Certificate the Court required the parties to submit another on or before June 11, 2010. According to Dawna

STATUS CERTIFICATE - 1

Campbell of Fallon & McKinley, the firm appointed to defend the insureds in the underlying Superior Court actions, discovery is continuing but not completed. The parties hoped to mediate the cases in April, 2010. The mediation was cancelled when it became apparent discovery would not be completed by then. If the cases proceed to trial rather than settling it is unlikely that will occur before April, 2011. A mediation is likely to be scheduled late this year or early next year. As a result, we recommend that no trial schedule be set in this case and a new Certificate of Status date be scheduled.

Dated this 11th day of June, 2010.

s/David R. Collins
David R. Collins, WSBA #2158
Attorneys for Plaintiff
<u>Hackett, Beecher & Hart</u>
1601 Fifth Avenue, Suite 2200
Seattle, WA  98101-1651
Tel: (206) 624-2200 - Fax: (206) 624-1767
Email: dcollins@hackettbeecher.com

s/Michael E. Ricketts                                    Per email authorization
Michael E. Ricketts, WSBA # 9387
Attorneys for Transcontinental Insurance Co.
<u>Gordon, Thomas, Honeywell</u>
600 University Street, Suite 2100
Seattle, WA  98101
Tel: (206) 676-7500 - Fax: (206) 676-7575
Email: mricketts@gth-law.com

s/J. Jay Carroll                                    Per email authorization
J. Jay Carroll, WSBA #17424
Attorneys for Animal Pharmaceuticals Inc., Opportunity, LLC, Bruce Noyes, Heidi Meeley, Kevin Curnutt, Rickey Betsch, Floyd Lewis and Rodney Williamson
<u>Velikanje Halverson P.C.</u>
405 East Lincoln Avenue, P.O. Box 22550
Yakima, WA  98907
Tel: (509) 248-6030 - Fax: (509) 453-6880
Email: jcarroll@vhlegal.com

STATUS CERTIFICATE - 2

Law Offices of
**HACKETT BEECHER & HART**
1601 Fifth Avenue, Suite 2200
Seattle, Washington  98101-1651
(206) 624-2200

s/Trevor R. Pincock     Per email authorization
Trevor R. Pincock, WSBA #36818
Michael J. Hines, WSBA #19929
Michael Maurer, WSBA #20230
Attorneys for Mark Arstein, LLC, Van De Graaf Ranches, Inc. & Midvale Cattle Company LLC
Lukens & Annis P.S.
717 W. Sprague Avenue, Suite 1600
Spokane, WA  99201-0466
Tel: (509) 455-9555 - Fax: (509) 363-2490
Email: mhines@lukins.com
Email: mmaurer@lukins.com
Email: tpincock@lukins.com

CERTIFICATE OF SERVICE

I hereby certify that on June 11th, 2010, I electronically filed the Status Certificate with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all parties of record.

Signed in Seattle, Washington this 11th day of June, 2010.

s/Linda Voss
Linda Voss
Hackett, Beecher & Hart
1601 Fifth Avenue, Suite 2200
Seattle, WA  98101
Tel: (206) 624-2200 - Fax: (206) 624-1767
lvoss@hackettbeecher.com

STATUS CERTIFICATE - 3

Law Offices of
**HACKETT BEECHER & HART**
1601 Fifth Avenue, Suite 2200
Seattle, Washington  98101-1651
(206) 624-2200