FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 21 2011

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

TRINITY UNIVERSAL
INSURANCE COMPANY,

    Plaintiff,

v.

ANIMAL PHARMACEUTICALS, INC, a Washington corporation, OPPORTUNITY, LLC, a Washington limited liability company, TRANSCONTINENTAL INSURANCE COMPANY, a New York corporation, BRUCE RAY NOYES, HEIDI ESTER MEELEY, KEVIN COOPER CURNUTT, RICKEY CAMERON BETSCH, FLOYD LEWIS, RODNEY LYNN WILLIAMSON, VAN DE GRAAF RANCHES, INC., a Washington corporation, MIDVALE CATTLE COMPANY, LLC, a Washington limited liability company, and MARK ARSTEIN, LLC, a Washington limited liability company,

    Defendants.

NO. CV-07-3008-RHW

**ORDER GRANTING STIPULATION RE: ORDER OF DISMISSAL**

    The parties filed a Stipulation in which they ask the Court to dismiss the above-captioned action with prejudice and without an award of costs or fees to any party.

    Accordingly, **IT IS HEREBY ORDERED:**

    1.    The parties' Stipulation Re: Order of Dismissal (ECF No. 80) is **GRANTED**.

**ORDER GRANTING STIPULATION RE: ORDER OF DISMISSAL ~ 1**

2. The above-captioned action is **dismissed** with prejudice and without costs or fees to any party.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, provide copies to counsel, and **close the file**.

DATED this 19th day of September, 2011.

*/s/ Robert H. Whaley*

ROBERT H. WHALEY
United States District Judge

Q:\aCIVIL\2007\Trinity Universal\dismiss.wpd

**ORDER GRANTING STIPULATION RE: ORDER OF DISMISSAL ~ 2**